**United States Bankruptcy Court**
**Southern District of Texas**

In re   Tex-Gas Holdings, LLC
                                                                        Case No.
                                    Debtor(s)                           Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Tex-Gas Holdings, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EF Global Corporation**
**1045 East McKellips Road**
**Mesa, AZ 85203**

☐ None [*Check if applicable*]

5-31-2021
Date

T. Josh Judd
Signature of Attorney or Litigant
Counsel for   Tex-Gas Holdings, LLC
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, TX 77056
713-850-4200 Fax:832-786-4877
jjudd@andrewsmyers.com