## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 21-80092 (JPN) |
| TEX-GAS HOLDINGS, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FIRST AND FINAL APPLICATION OF ANDREWS MYERS, PC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JUNE 1, 2021, THROUGH APRIL 28, 2022**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JUNE 14, 2022, AT 11:00 AM PREVAILING CENTRAL TIME IN COURTROOM 403, 4TH FLOOR, 515 RUSK STREET, HOUSTON, TEXAS 77002.**

**PARTICIPATION OF THIS HEARING WILL BE HELD ON A HYBRID BASIS. PARTIES MAY APPEAR IN PERSON OR REMOTELY BY AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT (832) 917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE NORMAN'S CONFERENCE ROOM NUMBER IS 174086. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE NORMAN'S HOME PAGE.**

YOU ARE HEREBY NOTIFIED, that on May 13, 2022, ANDREWS MYERS, P.C., ("Applicant"), the attorneys for the above-captioned Debtor ("Debtor"), in the above proceeding, filed their First and Final Fee Application for Allowance of Compensation [Docket No. 138] ("Final Fee Application"). This Final Fee Application has been filed pursuant to 11 U.S.C. §330, and covers professional services rendered to the Debtor and reimbursement of expenses for the period JUNE 1, 2021, through APRIL 28, 2022. Applicant alleges that the total reasonable value of the professional services rendered during the period to be $297,048.50 in fees and $11,833.62 in expenses, which is the aggregate sum of $308,882.12, and has attached to the Final Fee

Application a complete accounting of the nature of the services rendered, the date on which the services were performed, the attorneys who performed the services, and the amount of time actually spent. Applicant requests that the Court authorize payment and reimbursement to Applicant of the sum of $297,048.50 in fees and $11,833.62 in expenses, which is the aggregate sum of $308,882.12, plus $1,500.00 for the fees and expenses of preparation of the final fee application to be paid from any available funds of the Debtor. The foregoing is only a summary of the Final Fee Application, such application may be examined at the office of the Clerk of the United States Bankruptcy Court located at 515 Rusk Avenue, Houston, Texas 77002, filed under case 21-80092, during normal business hours, or a copy will be provided to any party upon written request to Andrews Myers, P.C., at the address provided below.

Respectfully submitted,

ANDREWS MYERS, PC

/s/ T. Josh Judd
T. Josh Judd
SBN: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, a true and correct copy of the foregoing Notice of First and Final Fee Application of Andrews Myers, P.C. was forwarded by email to the parties listed below by the Court's ECF notification system, and by U.S. Mail to all creditors as provided on the Service List below:

Keith Miles Aurzada on behalf of Creditor Lui So Yuk
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Creditor Sham Wai Bun

kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Defendant Jay L. Krystinik
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Defendant Lui So Yuk
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Defendant Sham Wai Bun
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Devan Joan Dal Col on behalf of Defendant Jay L. Krystinik
ddalcol@reedsmith.com

Devan Joan Dal Col on behalf of Defendant Lui So Yuk
ddalcol@reedsmith.com

Devan Joan Dal Col on behalf of Defendant Sham Wai Bun
ddalcol@reedsmith.com

John P Dillman on behalf of Creditor Matagorda County
Houston_bankruptcy@publicans.com

Micah Grodin on behalf of Creditor Eversource Capital LP
micah.grodin@mhllp.com

T. Josh Judd on behalf of Debtor Tex-Gas Holdings, LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Plaintiff Tex-Gas Holdings, LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Patrick Andrew Kelly on behalf of Plaintiff Tex-Gas Holdings, LLC
pkelly@andrewsmyers.com, sray@andrewsmyers.com,eharrison@andrewsmyers.com

Jay L Krystinik on behalf of Creditor Lui So Yuk
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Creditor Sham Wai Bun
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Defendant Jay L. Krystinik

jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Defendant Lui So Yuk
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Defendant Sham Wai Bun
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Brian Christopher Mitchell on behalf of Creditor Lui So Yuk
bmitchell@reedsmith.com

Brian Christopher Mitchell on behalf of Creditor Sham Wai Bun
bmitchell@reedsmith.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor Bay City Independent School District
mvaldez@pbfcm.com, osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

*/s/ T. Josh Judd*
T. Josh Judd

SERVICE LIST
Case No. 21-80092
In re: TEX-GAS HOLDINGS, LLC


Brian Mitchell
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201

East Breifne, LLC
3880 Roundtree Drive
Prosper, Texas 77078

Fortune Insight Limited
Sea Meadow House
Blackburne Highway, P.O. Box 116
Road Town
Tortola, British Virgin Islands


Sham Wai Bun
A2, 339 Tai Hang Road
Happy Valley
Hong Kong

Lui So Yuk
House 3, Marinella
9 Welfare Road
Island South
Hong Kong

Matagorda County
Betty Cook Tax Assessor-Collector
1700 7th Street, Room 203
Bay City, Texas 77414-5091