United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | Case No. 21-80092 (JPN) |
| **TEX-GAS HOLDINGS, LLC** | ) | |
| | ) | |
| **Debtor.** | ) | |

## FINAL DECREE CLOSING CASE

The estate of the above referenced debtor has been fully administered. THEREFORE, it is

ORDERED that the Chapter 11 case of Tex-Gas Holdings, LLC, the above referenced debtor, is CLOSED; it is further

ORDERED that Debtor file all outstanding monthly operating reports within 30 days of this Order; and it is further

ORDERED that Debtor pay all outstanding quarterly fees within 45 days of this Order; and it is further

ORDERED that the Court specifically retains jurisdiction of enforcement matters related to this Order.

Signed: July 01, 2022

Jeffrey P. Norman
United States Bankruptcy Judge