IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 21-80092 (JPN)** |
| **TEX-GAS HOLDINGS, LLC** | ) | |
| | ) | |
| **Debtor.** | ) | |

### REORGANIZED DEBTOR'S MOTION TO CLOSE CASE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**THERE WILL BE A HEARING ON THIS MOTION ON FEBRUARY 14, 2024, AT 11:00 A.M. IN COURTROOM 403, 515 RUSK ST., HOUSTON, TEXAS 77002.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Reorganized Debtor Tex-Gas Holdings, LLC ("Reorganized Debtor" or "Tex-Gas") hereby moves this Court for entry of an order closing this Chapter 11 case. The grounds for this motion are as follows:

1. On or about June 1, 2021, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the Bankruptcy Code, 11 U.S.C. §§101 et sq. (the "Bankruptcy Code").

2. On July 1, 2022, Debtor's bankruptcy case was closed pursuant to the Order Granting the Motion for Final Decree and Closing Case (Docket #153).

3. On November 9, 2023, Lui So Yuk and Sham Wai Bun filed a Motion to Reopen the Chapter 11 Case (Docket #159). The Court granted that motion on November 27, 2023, and reopened the bankruptcy case.

4. On November 28, 2023, Lui So Yuk and Sham Wai Bun filed a Motion to Compel Plan Payments (Docket #161).

5. The Court entered the Order Denying the Motion to Compel (Docket #170) on January 17, 2024.

6. On January 19, 2024, the Reorganized Debtor filed its Post-Confirmation Report for the 4th quarter 2023.

7. Quarterly U.S. Trustee fees for the 4th quarter 2023 have been paid.

8. There are no remaining adversary proceedings or contested matters and this case should be closed.

## Prayer

WHEREFORE PREMISES CONSIDERED, Tex-Gas Holdings, LLC requests this Court to enter an order closing Case No. 21-80092, and grant any related relief justified in law or equity.

DATED:    January 19, 2024

       Respectfully submitted,

       ANDREWS MYERS, PC

       /s/ T. Josh Judd
       T. Josh Judd
       SBN: 24036866
       1885 Saint James Place, 15th Floor
       Houston, TX 77056
       Tel: 713-850-4200
       Fax: 713-850-4211
       jjudd@andrewsmyers.com
       *Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 19, 2024, a true and correct copy of the foregoing Motion to Close Case was forwarded by email to the parties listed below by the Court's ECF notification system, and by U.S. Mail to all creditors as provided on the Service List below:

Keith Miles Aurzada on behalf of Creditor Lui So Yuk
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Creditor Sham Wai Bun
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Defendant Jay L. Krystinik
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Defendant Lui So Yuk
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keith Miles Aurzada on behalf of Defendant Sham Wai Bun
kaurzada@reedsmith.com,
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Devan Joan Dal Col on behalf of Defendant Jay L. Krystinik
ddalcol@reedsmith.com

Devan Joan Dal Col on behalf of Defendant Lui So Yuk
ddalcol@reedsmith.com

Devan Joan Dal Col on behalf of Defendant Sham Wai Bun
ddalcol@reedsmith.com

John P Dillman on behalf of Creditor Matagorda County
Houston_bankruptcy@publicans.com

Micah Grodin on behalf of Creditor Eversource Capital LP
micah.grodin@mhllp.com

T. Josh Judd on behalf of Debtor Tex-Gas Holdings, LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Plaintiff Tex-Gas Holdings, LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Patrick Andrew Kelly on behalf of Plaintiff Tex-Gas Holdings, LLC
pkelly@andrewsmyers.com, sray@andrewsmyers.com,eharrison@andrewsmyers.com

Jay L Krystinik on behalf of Creditor Lui So Yuk
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Creditor Sham Wai Bun
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Defendant Jay L. Krystinik
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Defendant Lui So Yuk
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Jay L Krystinik on behalf of Defendant Sham Wai Bun
jkrystinik@reedsmith.com, Anixon@reedsmith.com;SRhea@reedsmith.com

Brian Christopher Mitchell on behalf of Creditor Lui So Yuk
bmitchell@reedsmith.com

Brian Christopher Mitchell on behalf of Creditor Sham Wai Bun
bmitchell@reedsmith.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor Bay City Independent School District
mvaldez@pbfcm.com, osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

                                                */s/ T. Josh Judd*
                                                T. Josh Judd

SERVICE LIST
Case No. 21-80092
In re: TEX-GAS HOLDINGS, LLC

| Brian Mitchell<br>Reed Smith LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75201 | East Breifne, LLC<br>3880 Roundtree Drive<br>Prosper, Texas 77078 | Fortune Insight Limited<br>Sea Meadow House<br>Blackburne Highway, P.O. Box 116<br>Road Town<br>Tortola, British Virgin Islands |
|---|---|---|
| Sham Wai Bun<br>A2, 339 Tai Hang Road<br>Happy Valley<br>Hong Kong | Lui So Yuk<br>House 3, Marinella<br>9 Welfare Road<br>Island South<br>Hong Kong | Matagorda County<br>Betty Cook Tax Assessor-Collector<br>1700 7th Street, Room 203<br>Bay City, Texas 77414-5091 |